IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

    v.

ORLANDO MATTHEWS,

  Defendant.

CRIMINAL ACTION FILE
NO. 1:23-CR-00195-TWT-JKL

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 50] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss Pursuant to the Second Amendment [Doc. 39]. The Defendant objects to the Report and Recommendation on the grounds that the ruling in the R&R is inconsistent with the United States Supreme Court's analysis in *New York State Rifle & Pistol Assoc., Inc. v. Bruen*, 597 U.S. 1 (2022). The Defendant admits that his argument is foreclosed by the decision of the Eleventh Circuit Court of Appeals in *United States v. Dubois*, 94 F.4th 1284 (11th Cir. 2024). The Objection is overruled. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss Pursuant to the Second Amendment [Doc. 39] is DENIED.

SO ORDERED, this  29th  day of July, 2024.

                                              THOMAS W. THRASH, JR.
                                              United States District Judge